Opinion issued September 4, 2003








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00751-CV

____________


EX PARTE JAMES T. BOGIA






Original Proceeding on Application for Writ of Habeas Corpus






MEMORANDUM OPINION

 Relator, James T. Bogia, applies to this Court for post-trial habeas corpus
relief. The Texas courts of appeals do not have original habeas corpus jurisdiction
in criminal proceedings. See Tex. Gov't Code Ann. § 22.221 (Vernon Supp. 2003).

 Accordingly, we dismiss relator's application for habeas corpus relief and
supplement.

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Keyes.